**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED: AUGUST 22, 2008
08CV4820
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN
BR

| | | |
|---|---|---|
| **MCKINLEY THIGPEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.** |
| | ) | **Judge** |
| **v.** | ) | |
| | ) | **Magistrate Judge** |
| **P.O. JOHN DOE 1-4, individually,** | ) | |
| | ) | **Jury Demand** |
| **Defendant.** | ) | |

**COMPLAINT FOR FALSE ARREST**

Now comes, the Plaintiff, McKinley Thigpen, by and through his attorneys,

Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, P.O. John

Doe 1-4, individually, as follows:

**COUNT I - FACTS**

1.   This action is brought pursuant to the laws of the United States Constitution,

specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress

deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or

omissions of the Defendants committed under color of law.

2.   Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3.   The Plaintiff, McKinley Thigpen, at all relevant times, was a United States citizen

and permanent resident of the State of Illinois.

4.   The Defendants, P.O. John Doe 1-4, were, at all relevant times, duly appointed

police officers of the City of Joliet and, at all relevant times, were acting within their

scope of employment and under color of law.

5.   On or about June 22, 2007, the Plaintiff, McKinley Thigpen, was walking in the

vicinity of Hickory Street in Joliet Illinois.

S:\Federal Cases\Thigpen, Mckinley\Pleadings\Complaint.doc

6. The Plaintiff, McKinley Thigpen, was not committing a crime or breaking any laws.

7. There was no probable cause for the arrest.

8. The Defendants, P.O. John Doe 1-4, then took the Plaintiff to the station.

9. Said actions of the Defendants, P.O. John Doe 1-4, were intentional, willful and wanton.

10. Said actions of the Defendants, P.O. John Doe 1-4, violated the Plaintiff, McKinley Thigpen's, Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

11. As a direct and proximate consequence of said conduct of Defendants, P.O. John Doe 1-4, the Plaintiff, McKinley Thigpen, suffered violations of his constitutional rights, monetary expense, fear, emotional distress, pain and suffering.

Wherefore, the Plaintiff, McKinley Thigpen, prays for judgment against the Defendants, P.O. John Doe 1-4, jointly and severally, in an amount in excess of Fifteen Thousand Dollars ($15,000.00) in compensatory damages and Ten Thousand Dollars ($10,000.00) in punitive damages, plus attorney's fees and costs.

## COUNT II – EXCESSIVE FORCE

1-8. The Plaintiff, McKinley Thigpen, hereby realleges his allegations of paragraph 1-8 of Count I as his allegations of paragraphs 1-8 of Count II as though fully set forth herein.

9. At the station Defendants, P.O. John Doe 1-4, jumped on the Plaintiff and beat him.

10. The Plaintiff McKinley Thigpen did nothing to provoke this use of force.

11. The force used by the Defendants John Doe 1-4 was excessive and unreasonable.

12. The actions of the Defendants were intentional, willful and wanton.

S:\Federal Cases\Thigpen, Mckinley\Pleadings\Complaint.doc

13. Said actions of Defendants, P.O. John Doe 1-4, violated the Plaintiff, McKinley Thigpen's Fourth and Fourteenth Amendment rights and in violation of said rights as protected by 42 U.S.C. § 1983.

14. As a tried and proximate cause of said conduct of the Defendants, the Plaintiff, McKinley Thigpen suffered violations of his constitutional rights, fear, emotional distress, pain and suffering.

Wherefore, the Plaintiff, McKinley Thigpen, prays for judgment against the Defendants, P.O. John Doe 1-4, jointly and severally, in an amount in excess of Fifteen Thousand Dollars ($15,000.00) in compensatory damages and Ten Thousand Dollars ($10,000.00) in punitive damages, plus attorney's fees and costs.

### JURY DEMAND

The Plaintiff, McKinley Thigpen, requests a trial by jury.

Respectfully submitted,

McKinley Thigpen,

By: /s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830
Attorney No. 70798

S:\Federal Cases\Thigpen, Mckinley\Pleadings\Complaint.doc