# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>McKinley Thigpen,<br>    Plaintiff,<br><br>v.<br><br>P.O. John Doe 1-4,<br>    Defendants. | Case Number:<br>FILED: AUGUST 22, 2008<br>08CV4820<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE BROWN<br>BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

McKinley Thigpen

---

**NAME (Type or print)**
Ronak D. Patel

**SIGNATURE (Use electronic signature if the appearance form is filed electronically)**
s/ Ronak D. Patel

**FIRM**
GREGORY E. KULIS & ASSOCIATES, LTD.

**STREET ADDRESS**
30 N. LaSalle Street, Suite 2140

**CITY/STATE/ZIP**
Chicago, IL  60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 6290425 | 312-580-1830 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐